[No. 38862-6-II. Division Two. December 22, 2009.]

The State of Washington, *Respondent*, v. Jason Paul Kostrach-Tremblay, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 08-1-00227-1, Craddock D. Verser, J., entered January 30, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

[No. 27484-5-III. Division Three. December 22, 2009.]

The State of Washington, *Respondent*, v. T.C., *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 08-8-00060-0, Scott R. Sparks, J., entered September 19, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 27613-9-III. Division Three. December 22, 2009.]

The State of Washington, *Respondent*, v. Sylvino Flores Pineda, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 08-1-00569-3, Kenneth L. Jorgensen, J., entered November 25, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 27689-9-III. Division Three. December 22, 2009.]

The State of Washington, *Respondent*, v. David W. Meadows, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-01220-5, Tari S. Eitzen, J., entered December 16, 2008. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Korsmo, JJ.